**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CINDY FARIA**
**Plaintiff**

**vs.** **C.A. No. 06-284-L**

**SANFORD J. RESNICK, LTD,**
**SANFORD J. RESNICK, ESQ., AND**
**JEFFREY F. CAFFREY, ESQ.**
**Defendants**

## ENTRY OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter our appearance as attorneys for defendants, Sanford J. Resnick, Ltd., Sanford J. Resnick, Esq. and Jeffrey F. Caffrey, Esq., in the above-entitled matter.

Stephen J. Reid, Jr. #2811
Mary Cavanagh Dunn #6712
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: June 19, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2006, I caused a true copy of the foregoing Entry Of Appearance to be mailed to:

Mark P. Gagliardi, Esq.
420 Angell Street, 3rd Floor
Providence, RI 02906