UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CINDY FARIA

vs. C.A. NO. 06-285ML

SANFORD J. RESNICK, LTD., et al

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
U.S. District Judge
June 22, 2006

Entered as an Order of this Court on June 22, 2006.

Deputy Clerk