440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CINDY FARIA,
Plaintiff

V.

SANFORD J. RESNICK, LTD.,
SANFORD J. RESNICK, ESQ.,
JEFFREY F. CAFFREY, ESQ., and
any and all defendants,
Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-284 ML 5 T

TO: (Name and address of Defendant)

JEFFREY F. CAFFREY, ESQ.
2 Greenmeadow Dr.
Warwick, RI 02886

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark P. Gagliardi, Esq.
420 Angell Street
3rd Floor
Providence, RI 02906

n answer to the complaint which is served on you with this summons, within 20 days after service f this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you or the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

6-19-06
DATE

By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| ice of the Summons and complaint was made by me[1] | DATE |
| OF SERVER *(PRINT)* | TITLE |

*ieck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☒ Other (specify): Served upon Defendant's attorney, Stephen J. Reid, Jr., Esq.

I hereby accept service of process on behalf of [illegible]

Stephen J. Reid Jr.

6-20-06

## STATEMENT OF SERVICE FEES

| /EL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ ______________________
Date *Signature of Server*

______________________
*Address of Server*

FILED

2006 JUN 23 A 10: 42

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

is to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CINDY FARIA,
Plaintiff

V.

SANFORD J. RESNICK, LTD.,
SANFORD J. RESNICK, ESQ.,
JEFFREY F. CAFFREY, ESQ., and
any and all defendants,
Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-284 ML 5 S

TO: (Name and address of Defendant)

SANFORD J. RESNICK, LTD
300 Centerville Rd.
Suite 300
Warwick, RI 02886

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark P. Gagliardi, Esq.
420 Angell Street
3rd Floor
Providence, RI 02906

n answer to the complaint which is served on you with this summons, within 20 days after service f this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you or the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

6-19-06
DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| ice of the Summons and complaint was made by me[1] | DATE |
|---|---|
| OF SERVER *(PRINT)* | TITLE |

*ıeck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☒ Other (specify): Served upon Defendant's attorney, Stephen J. Reid, Jr., Esq.
I hereby accept service of process on behalf of Jeffrey F. Caffrey, Esq.
Stephen J. Reid Jr. 6-20-06

## STATEMENT OF SERVICE FEES

| ՙEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ Date ______________________ *Signature of Server*

______________________ *Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2006 JUN 23 A 10:43

ıs to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CINDY FARIA,
Plaintiff

V.

SANFORD J. RESNICK, LTD.,
SANFORD J. RESNICK, ESQ.,
JEFFREY F. CAFFREY, ESQ., and
any and all defendants,
Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-28~~4~~ 5 ~~ML~~ T

TO: (Name and address of Defendant)

SANFORD J. RESNICK, ESQ.
259 Love Lane
Warwick, RI 02886

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark P. Gagliardi, Esq.
420 Angell Street
3rd Floor
Providence, RI 02906

n answer to the complaint which is served on you with this summons, within 20 days after service f this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you or the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

6-19-06

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| ice of the Summons and complaint was made by me[1] | DATE |
| OF SERVER *(PRINT)* | TITLE |

*eck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☒ Other (specify): Served upon Defendant's attorney, Stephen J. Reid, Jr., Esq.
I hereby accept service of process on behalf of Sanford J. [illegible], Esq.
Stephen J. Reid Jr. 6-20-06

## STATEMENT OF SERVICE FEES

| 'EL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
Date *Signature of Server*

______________________
*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2006 JUN 23 A 10: 43

FILED

s to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.