UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CINDY FARIA,
Plaintiff

v.                                          CA06-285T

SANFORD J. RESNICK, LTD.,
ET AL.,
Defendants

### ORDER

I hereby recuse myself from participation in the above-referenced matter.

By Order:

_____
Deputy Clerk

ENTER:

_____
Chief Judge Ernest C. Torres
date: 6/28/06