**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CINDY FARIA,
Plaintiff

v. CA06-285T

SANFORD J. RESNICK, LTD.,
ET AL.,
Defendants

**ORDER**

I hereby recuse myself from participation in the above-referenced matter.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date: 6/28/06