**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CINDY FARIA,<br>Plaintiff<br><br>v.<br><br>SANFORD J. RESNICK, LTD.,<br>SANFORD J. RESNICK, ESQ.<br>JEFFREY F. CAFFREY, ESQ., and<br>any and all defendants,<br>Defendants | : | C.A. No. 06-285-S |

**MOTION TO AMEND COMPLAINT PURSUANT TO RULE 15 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Now comes the Plaintiff in the above-captioned matter and hereby sets forth an Amended Complaint in order to add claims for employment discrimination based on her ethnic background and/or national origin. As grounds for her Motion, Plaintiff states that she has received Right to Sue Letters from the U.S. Equal Employment Opportunity Commission and the Rhode Island Commission for Human Rights, allowing her to file suit in this Court.

Cindy Faria
By Her Attorney,

/s/ Mark P. Gagliardi (#6819)
111 Wayland Avenue
Providence, RI 02906
(401) 277-2030
(401) 277-2021 (fax)
mgagliardi@verizon.net (e-mail)

**CERTIFICATION**

I hereby certify that on this **12th** day of **January**, 20**07**, I electronically filed this Motion with the Clerk of the U.S. District Court for the District of Rhode Island. The following counsels of record have received notice electronically:

**Stephen J, Reid, Jr.**
**Mary Cavanagh Dunn**
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

/s/Mark P. Gagliardi