**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CINDY FARIA,<br>Plaintiff | : | |
| v. | : | C.A. No. 06-285-S |
| SANFORD J. RESNICK, LTD.,<br>SANFORD J. RESNICK, ESQ.,<br>JEFFREY F. CAFFREY, ESQ., and<br>any and all defendants,<br>Defendants | : | |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE AND OTHER DATES SET FORTH IN PRETRIAL ORDER DATED August 28, 2006**

Now come the Parties in the above-captioned matter and hereby move this Honorable Court to extend the deadlines and other dates set forth in its Pretrial Order dated August 28, 2006 an additional ninety (90) days from February 26, 2007 to May 25, 2007 for: (1) discovery; (2) filing Dispositive Motions; and (3) filing Pretrial Memoranda.

As grounds for this Motion, the Parties state that Plaintiff has amended her Complaint to seek redress in this Court for employment discrimination. As such, the Parties need the additional time to prosecute and defend the discrimination claims.

Sanford J. Resnick, Ltd.,
Sanford J. Resnick, Esq., and
Jeffrey F. Caffrey, Esq.,

By Their Attorneys,

/s/ Stephen J, Reid, Jr. (#2811)
/s/ Mary Cavanagh Dunn (#6712)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)
sjr@blishcavlaw.com
mcd@blishcavlaw.com

Cindy Faria

By Her Attorney,

/s/ Mark P. Gagliardi (#6819)
111 Wayland Avenue
Providence, RI 02906
(401) 277-2030
(401) 277-2021 (fax)
mgagliardi@verizon.net (email)

**CERTIFICATION**

I hereby certify that on this **1st** day of **February**, 20**07**, I electronically filed this Motion with the Clerk of the U.S. District Court for the District of Rhode Island. The following counsels of record have received notice electronically:

**Stephen J, Reid, Jr.**
**Mary Cavanagh Dunn**
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

/s/Mark P. Gagliardi