**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CINDY FARIA**
**Plaintiff**

**vs.** **C.A. No. 06-285-S**

**SANFORD J. RESNICK, LTD.,**
**SANFORD J. RESNICK, ESQ., AND**
**JEFFREY F. CAFFREY, ESQ.**
**Defendants**

**STIPULATION OF DISMISSAL, WITH PREJUDICE**

______TO THE CLERK OF THE ABOVE-NAMED COURT:

It is hereby stipulated and agreed by and between plaintiff, Cindy Faria, and defendants, Sanford J. Resnick, Ltd., Sanford J. Resnick, Esq., and Jeffrey F. Caffrey, Esq., that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-entitled action be and hereby is dismissed in its entirety, with prejudice, each party to be responsible for her, his, and/or its own costs, expenses and attorneys' fees.

Cindy Faria

By her Attorney,

/s/ Mark P. Gagliardi
Mark P. Gagliardi #6819
mgagliardi@verizon.net
111 Wayland Avenue
Providence, RI 02906
(401) 277-2030
(401) 277-2021 (fax)

Sanford J. Resnick, Ltd.,
Sanford J. Resnick, Esq., and
Jeffrey F. Caffrey, Esq.

By their Attorneys,

/s/ Stephen J. Reid, Jr.
Stephen J. Reid, Jr. #2811
Mary Cavanagh Dunn #6712
sjr@blishcavlaw.com
mcd@blishcavlaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: March 5, 2007